**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**IN RE:**     **TODD ANDREW SCHWARTZ
MARY ELIZABETH SCHWARTZ**

**DEBTOR(S).**          **CASE NO: 12-31370-KKS
                         /CHAPTER: 13**

## OBJECTION TO CLAIM(S) PURSUANT TO NEGATIVE NOTICE

## NOTICE

> **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
>
> Pursuant to Local Rule 2002-2, the Court will consider this motion without further notice or hearing unless a party in interest files an objection within **twenty-one (21) days** from the date of service of this paper. If you object to the relief requested in this motion, you must file your objection with the Clerk of Court at 100 North Palafox Street, Pensacola, Florida 32502 and serve a copy on the debtor(s), attorney for debtor(s), and the Chapter 13 Trustee at the addresses of record in the bankruptcy case.
> If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time period permitted, the Court will consider that you do not oppose the granting of the relief requested in the motion, and will proceed to consider the motion without further notice or hearing, and may grant the relief requested.

**COME(S) NOW,** Debtor(s), by and through undersigned counsel, and object(s) to the following claim(s):

❏ 1. The following claims are duplicate claims:

| Claim No. | As Duplicate of Claim No. | Name of Claimant | Date Claim Filed | Account No. On Claim | Amount of Claim |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

2. The following claims were filed as priority but should be classified as general unsecured claims:

| Claim No. | As Duplicate of Claim No. | Name of Claimant | Date Claim Filed | Account No. On Claim | Amount of Claim |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

❑ 3. The following claims were filed as secured but there are no documents attached evidencing a security interest:

| Claim No. | As Duplicate of Claim No. | Name of Claimant | Date Claim Filed | Account No. On Claim | Amount of Claim |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

❑ 4. The following claims contain no supporting documentation:

| Claim No. | As Duplicate of Claim No. | Name of Claimant | Date Claim Filed | Account No. On Claim | Amount of Claim |
|---|---|---|---|---|---|
| 5 | | InSolve Recovery, LLC | 12/3/12 | 1182 | 8,623.20 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

❑ 5. The following secured claim is objected to for the reason that the property will be surrendered:

| Claim No. | Name of Claimant | Attorney for Claimant | Date Claim Filed | Account No. On Claim | Amount of Claim |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

/s/ Amy Logan Sliva
AMY LOGAN SLIVA
Florida Bar Number:  394793
313 West Gregory Street
Pensacola, Florida 32502
(850) 438-6603
Attorney for Debtor(s)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing to LEIGH D. HART, TRUSTEE, PO Box 646, Tallahassee, FL 32302 on the 10th day of October, 2014 and by U.S. Mail to INSOLVE RECOVERY, LLC, c/o CAPITAL RECOVERY GROUP, LLC, Attn: Nichlas P. Spallas, Dept. 3203, PO Box 123203, Dallas, TX 75312.3203 on the 13th day of October, 2014.

/s/ Amy Logan Sliva
AMY LOGAN SLIVA