**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:   TODD ANDREW SCHWARTZ
         MARY ELIZABETH SCHWARTZ
         DEBTOR(S).                    CASE NO: 12-31370-KKS
        _____/CHAPTER: 13

**ORDER SUSTAINING DEBTOR'S OBJECTION TO**
**CLAIM #5 OF CREDITOR,**
**INSOLVE RECOVERY, LLC (DOC. #69)**

**THIS CAUSE**, having come before the Court upon Debtor's Objection to Claim #2 of Creditor, **INSOLVE RECOVERY, LLC (DOC. #69),** and no response having been timely filed, and the Court being otherwise fully advised in the premises, it is

**ORDERED** that:

1. Debtor's objection is SUSTAINED.

2. Claim #5 of Creditor, **INSOLVE RECOVERY, LLC,** in the amount of $8,623.20 is disallowed in its entirety.

**DONE AND ORDERED** this  17  day of November, 2014.

_____
KAREN K. SPECIE
United States Bankruptcy Judge

Prepared by: Amy Logan Sliva

Copies to:
Amy Logan Sliva
Leigh D. Hart, Trustee
InSolve Recovery, LLC